UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BF,

               Plaintiff,               CIVIL ACTION NO.13-13714

v.

                                    DISTRICT JUDGE PATRICK J. DUGGAN
WARREN CONSOLIDATED SCHOOLS   MAGISTRATE JUDGE PAUL J. KOMIVES
et al,

               Defendants.

_____/

**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DISCOVERY ( D/E #40) AND TERMINATING DEFENDANTS' MOTION TO COMPEL (D/E #44) AND PLAINTIFF'S MOTION SECOND MOTION TO COMPEL (D/E #42)**

On July 15, 2014, the Court held a telephonic Status Conference in this case to discuss the above titled motions. During the conference, both parties stipulated to Granting Defendants' Motion to Extend Discovery and withdrawing Defendants' Motion to Compel and Plaintiff's second Motion to Compel Discovery.

  The Court being fully advised in the premises,

IT IS ORDERED that Defendants' Motion to Extend Discovery is GRANTED.

Accordingly, IT IS ORDERED that:

1.    Discovery shall be extended 90 days (10/30/2014) from its 8/1/14 date.   The scheduling Order dates shall be extended accordingly, subject to review by District Judge Patrick Duggan.

2.    Defendants' Motion to Compel (D/E #44) is terminated without prejudice.

3.    Plaintiff's Second Motion to Compel (D/E #42) is terminated without prejudice.

Dated:  July 16, 2014               s/Paul J. Komives_____
                                  PAUL J. KOMIVES
                                  UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 16, 2014, electronically and/or by U.S. mail.

s/Michael Williams
Case Manager for the
Honorable Paul J. Komives
