UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
MICHIGAN

B.F., by her Next Friend
MOTHER OF B.F.,

    Plaintiffs,

v.                                        Case No. 13-cv-13714
                                          Hon. Gershwin Drain
                                          Magistrate Anthony P. Patti

WARREN CONSOLIDATED SCHOOLS, a
Michigan municipal corporation, ROBERT
LIVERNOIS, JUDY HIRZEL, HELEN
MEDUVSKY, JOSEPH KONAL, KENDALL
GIOVANNINI, KERRY WEISHAUPT,
BERNADETTE FREDERICK, WILLIAM
WALTERS, and DOREEN DICKMAN,

    Defendants

| SEIKALY & STEWART, P.C. | GIARMARCO, MULLINS & HORTON, P.C. |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| WILLIAM R. SEIKALY (P33165) | DANIEL J. KELLY (P41315) |
| BENJAMIN J. WILENSKY (P75302) | JOHN L. MILLER (P71913) |
| CHOI T. PORTIS (P77123) | 101 W. Big Beaver Rd., 10th Floor |
| 30300 Northwestern Hwy., Ste. 200 | Troy, MI 48084 |
| Farmington Hills, MI 48334 | (248) 457-7025 |
| (248) 785-0102 | dkelly@gmhlaw.com |
| wrs@sslawpc.com | |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT
## AND FOR AUTHORITY TO DISTRIBUTE PROCEEDS

The parties having filed a Joint Motion to Approve Settlement and for Authority to Distribute Proceeds and having this matter come before the Court on January 11, 2016; and the Court being otherwise fully advised:

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the full and final release of all claims, this matter is dismissed with prejudice, and all Defendants are released from future claims and liability arising from the incidents which are the subject of this case.

**IT IS FURTHER ORDERED AND ADJUDGED** that this is a final order and closes this case.

**IT IS SO ORDERED**.

/s/Gershwin A Drain
Hon. Gershwin Drain

Date: January 29, 2016